JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FONTANA PLAZA, L.P., a California Limited Partnership; SARA MANAGMENT CO. INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: EDCV 14-1077-GW(PLAx)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 22, 2014    _/s/ George H. Wu_
　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

Stipulation for Dismissal　　　Case: 5:14-CV-01077-GW-PLA